| | |
|---|---|
| STATE OF NEW YORK    COUNTY OF<br>UNITED STATES DISTRICT COURT<br>DISTRICT: SOUTHERN DISTRICT OF NEW YORK<br>ATTORNEY(S): KERNER & KERNER   PH: 212-964-1098<br>ADDRESS: 74 TRINITY PL. NEW YORK NY 10006- File No.: | INDEX #:  07 CV 3486<br>Date Filed:  May 2, 2007 |

NOVELLA CARTER

Plaintiff(s)/Petitioner(s)

vs

MONTEFIORE HOSPITAL

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

WALID IBRAHIM, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Monday, July 2, 2007** at **12:40 PM**, at **111 EAST 210TH STREET, BRONX, NY**, deponent served the within **NOTICE OF APPEARANCE, SUMMONS IN A CIVIL CASE, COMPLAINT**

on: **MONTEFIORE HOSPITAL**, Defendant therein named.

#1 INDIVIDUAL  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP. [X]  By delivering thereat a true copy of each to **CELIDE ORTIZ** personally, deponent knew said Domestic Corporation so served to be the Domestic Corporation described in same as said recipient and knew said individual to be the managing/authorized agent of the Domestic Corporation, and said person stated that he/she was authorized to accept service on behalf of the Domestic Corporation.

#3 SUITABLE AGE PERSON/ PARTNERSHIP  By delivering a true copy of each to _____, a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on ___ at ___
on ___ at ___
on ___ at ___
on ___ at ___
Address confirmed by ___

#5 MAIL COPY  On ___, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 DESC. [X]  (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Female    Color of skin: Brown    Color of hair: Brown    Age: 21-35 Yrs    Height: 5' 4" - 5' 8"
Weight: 131 - 160 Lbs    Other Features:

#7 WIT. FEES  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MIL. SRVC  Your deponent asked the person spoken to whether defendant was in the active military service of the United States or N.Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

#9 OTHER

Sworn to before me on    July 9, 2007

JANE BUTERA
NOTARY PUBLIC, State of New York
No. 01BU6135842, Qualified in Nassau County
Term Expires October 24, 2009

WALID IBRAHIM
Server's Lic # 1223318
Invoice-Work Order # 0138324