KARAS.

Thelen Reid Brown Raysman & Steiner, LLP
Jean L. Schmidt
900 Third Avenue
New York, New York 10022
(212) 895-2000
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
NOVELLA CARTER,

                        Plaintiff,    :  No. 07 CV 3486 (KMK)

      - against -

MONTEFIORE HOSPITAL                    STIPULATION EXTENDING TIME

                       Defendant.
------------------------------------------------------------ X

It is hereby stipulated and agreed by and between the undersigned counsel for Plaintiff, NOVELLA CARTER, and Defendant, MONTEFIORE MEDICAL CENTER (incorrectly identified as "MONTEFIORE HOSPITAL"), that the time in which Defendant may answer, move or otherwise respond to the Complaint in this matter is hereby extended to and including August 10, 2007.

Dated: July 19, 2007

Jean L. Schmidt
Thelen Reid Brown Raysman & Steiner LLP
900 Third Avenue
New York, NY 10022
(212) 895-2000
Attorneys for Defendant

Richard A. Kerner
Kenneth T. Kerner
Kerner & Kerner Attorneys at Law
74 Trinity Place
New York, NY 10006-2101
Phone: (212) 964-1098
Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/07

SO ORDERED:

_____
U.S.D.J.  7/20/07