Thelen Reid Brown Raysman & Steiner LLP
Jean L. Schmidt [JS 1213]
900 Third Avenue
New York, New York 10022
(212) 895-2000

Attorneys for Defendant Montefiore Medical Center

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
NOVELLA CARTER,                            :   No. 07 CV 3486 (KMK)
                                           :
                    Plaintiff,             :
                                           :   DISCLOSURE STATEMENT
    - against -                            :   PURSUANT TO FEDERAL
                                           :   RULE OF CIVIL
MONTEFIORE HOSPITAL                        :   PROCEDURE RULE 7.1
                    Defendant.             :
                                           :
                                           :
------------------------------------------------------------- X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Montefiore Medical Center, certifies that the following identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock:  None.

Dated: New York, New York            THELEN RIED BROWN RAYSMAN &
       August 17, 2007               STEINER LLP

                                     By: _____
                                         Jean L. Schmidt (1213)
                                     900 Third Avenue
                                     New York, NY 10017
                                     (212) 895-2000
                                     Attorney for Defendant Montefiore Medical
                                     Center