CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Answer to be served by first class mail, postage prepaid, on August 10, 2007 upon the following counsel:

>Richard A. Kerner
>Kerner & Kerner Attorneys at Law
>74 Trinity Place
>New York, NY 10006-2101
>
>Attorneys for Plaintiff

Dated: August 10, 2007

_____
Jean L. Schmidt