# KERNER & KERNER

**ATTORNEYS AT LAW**

TELEPHONE: (212) 964-1098
FACSIMILE: (212) 385-9072

74 TRINITY PLACE

NEW YORK, NEW YORK 10006-2001

e-mail: kkerner@kernerlaw.com
www.KERNERLAW.COM

November 13, 2007

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

VIA FASIMILE: (212) 805-7940
Hon. Richard J. Sullivan, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:  Carter v. Montefiore Hospital
        Docket No. 3486 CV. 2007 (RJS)

Dear Judge Sullivan:

    Please be good enough to adjourn the Status Conference scheduled for November 27, 2007 for the reason that I am required on that day to undergo a medical procedure. In addition, I will be out of State from December 10, 2007 until January 7, 2008.

    Accordingly, it is respectfully requested that the said Status Conference and all preliminary proceedings involving the submission of a Joint Letter and Case Management Plan & Order be adjourned so as to commence on or after January 14, 2008.

    In the event that those dates are not acceptable to this Court, I will be available on December 6 and December 7, 2007, by reason of the fact that I am scheduled to be in court on an appeal, a trial and various conferences during the interim period.

    Finally, it is respectfully noted that the attorney for the defendant herein was duly apprized of this application and has consented thereto. A copy of this letter is being faxed to my adversary contemporaneously herewith.

    Thank you for your cooperation.

Respectfully yours,

Richard A. Kerner

*[Handwritten endorsement:]* Conference rescheduled for December 6, 2007 at 10:45 AM. All other dates in my Order dated 11/1/07 remain the same.

RAK/ed

SO ORDERED
Dated: 11/14/07
RICHARD J. SULLIVAN
U.S.D.J.