```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Carter, Novella                     :
                                    :
                Plaintiff,          :    07 Civ. 03486 (RJS)(THK)
                                    :
       -against-                    :
                                    :    ORDER
                                    :
Montefiore Hospital                 :
                                    :
                Defendant.          :
                                    :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

The parties shall appear for a settlement conference on April 23, 2008, at 10:00 A.M., in Courtroom 17D, with authority to settle the case.

SO ORDERED.

_____
Theodore H. Katz
United States Magistrate Judge

Dated:   April 9, 2008
         New York, New York

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ____ DATE FILED: 4/9/08]