UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

NOVELLA CARTER.,

               Plaintiff,

v.

MONTEFIORE HOSPITAL.,

               Defendant.
-------------------------------------------------x

No. 07 CV 3486 (KMK)

**AFFIRMATION IN SUPPORT OF STIPULATION AND ORDER OF SUBSTITUTION OF DEFENDANT'S COUNSEL**

1. I am a Shareholder with the law firm Littler Mendelson, P.C. ("Littler"), which wishes to represent Defendant Montefiore Hospital, in the above-captioned action. I make this affirmation as required by this Court's Local Civil Rule 1.4 in support of the Stipulation and Order of Substitution of Defendant's Counsel, a true and accurate copy of which is attached hereto as Exhibit A.

2. Defendant previously was represented by the firm of Thelen Reid Brown Raysman & Steiner, LLP ("Thelen") in this action.

3. On or about April 7, 2008, the undersigned, along with the other attorneys in Thelen's New York Labor and Employment department, joined Littler.

4. Defendant has advised that it now wishes to be represented by Littler due to the Littler attorneys' familiarity with this matter.

5. This substitution of counsel is not anticipated to create any delay in the litigation of this action.

I declare under penalty of perjury under the laws of the New York State, that the foregoing is true and correct.

Dated: New York, New York
       April 11, 2008

                                                              Jean L. Schmidt