UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

| | |
|---|---|
| NOVELLA CARTER., | No. 07 CV 3486 (KMK) |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF SUBSTITUTION OF DEFENDANT'S COUNSEL** |
| MONTEFIORE HOSPITAL., | |
| Defendant. | |

------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED that the law firm of Littler Mendelson, P.C. shall be substituted as counsel of record for Defendant Montefiore Hospital in the above-captioned action, in the place and stead of the law firm of Thelen Reid Brown Raysman & Steiner LLP. Said substitution has been effected with the knowledge and consent of Defendant Montefiore Hospital.

Dated: New York, New York
       April 11, 2008

| | |
|---|---|
| LITTLER MENDELSON, P.C.<br>(superseding attorneys) | THELEN REID BROWN RAYSMAN &<br>STEINER LLP<br>(withdrawing attorneys) |
| By: _____<br>Jean L. Schmidt | By: _____<br>A Member of the Firm |
| 900 Third Avenue<br>New York, NY 10022<br>(212) 583-9600<br>(212) 832-2719 | 875 Third Avenue<br>New York, NY 10022<br>(212) 895-2000 |

SO ORDERED:

_____        Date: _____
       U.S.D.J.