UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORELLA CARTER,

                Plaintiff,

-v-

MONTEFIORE HOSPITAL,

                Defendant.

No. 07 Civ. 3486 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

It having been reported to the Court that this action has been resolved,

IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this Order, any party may apply by letter within the thirty day period for restoration of this action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

DATED:    April 24, 2008
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE