UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

------------------------------------x

NOVELLA CARTER

                Plaintiff,

    against

MONTEFIORE HOSPITAL

               Defendant.

------------------------------------x

No. 07 CV 03486 (RJS)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that this action, including all claims that were asserted herein, is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated: May 27, 2008
New York, New York

**KERNER & KERNER**
Attorneys for Plaintiff
Novella Carter

By: _____
Richard A. Kerner
74 Trinity Place
New York, New York 10006
(212) 490-0400

**LITTLER MENDELSON, P.C.**
Attorneys for Defendant
Montefiore Medical Center

By: _____
Jean L. Schmidt
900 Third Avenue
New York, New York 10022
(212) 497-8486

SO ORDERED:

_____
U.S.D.J. 7/30/08